# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERYL GEARY-ROTHENBERG,<br>on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br><br>ABILITY RECOVERY SERVICES, LLC,<br><br>Defendant, | Case No: 1:18-cv-00334-CCR<br><br><br><br>**NOTICE OF REQUEST TO<br>ENTER DEFAULT JUDGMENT<br>FOR SUM CERTAIN** |

## NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, Cheryl Geary-Rothenberg, requests that entry of judgment by default for sum certain be entered against Defendant, Ability Recovery Services, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(1). In support of this request Plaintiff relies upon the record in this case and the affidavits submitted herein.

Dated: December 13, 2018                    Respectfully Submitted,

*Stuart D. Werbin*
Stuart D. Werbin, Esq.
1335 East 5th Street, Suite 2R
Brooklyn, NY 11230
Tel (646) 942-7464
Fax (347) 710-1015
swerbin@werbinlaw.com
*Attorneys for Plaintiff*