# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERYL GEARY-ROTHENBERG,<br>on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ABILITY RECOVERY SERVICES, LLC,<br><br>Defendant, | Case No: 1:18-cv-00334-CCR<br><br>**PROPOSED ORDER** |

It is ORDERED and ADJUDGED, and for good cause shown, that:

1. Plaintiff's Motion for Final Judgment by Default is GRANTED.

2. Judgment for Plaintiff, Cheryl Geary-Rothenberg, whose address is 98 Ridgewood Drive, Buffalo, NY; and against the Defendant, Ability Recovery Services, LLC, whose address is 284 Main St., Dupont, PA 18641; in the sum of $5,725.00, plus costs and interest according to law from the date of this judgment until the entire amount is paid is hereby GRANTED.

3. The Clerk is directed to close this case and terminate any pending motions as moot.

Dated: December _____, 2018

_____
Judge Christina Clair Reiss
United States District Judge

-1-