UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHERYL GEARY-ROTHENBERG,
on behalf of herself and all others similarly situated,

        Plaintiff(s),

v.              Case: 1:18-cv-00334-CCR

ABILITY RECOVERY SERVICES, LLC,

        Defendant(s).

---

## JUDGMENT FOR SUM CERTAIN
## BY DEFAULT

Defendant(s), ABILITY RECOVERY SERVICES, LLC, was served with the Summons and Complaint in this action on or about April 30, 2018 and the time for defendant(s) to appear, answer or move against the Complaint has expired without an appearance by defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55 of the Local Rules of Practice of the United States District Court for the Western District of New York, it is hereby

    ADJUDGED that the plaintiff(s), CHERYL GEARY-ROTHENBERG, recover from the defendant(s) the sum of $1,000.00, the amount claimed plus $4,270.00 in attorney's fees and $455.00 in costs, amounting in all to $5,725.00, plus interest on the judgment at the legal rate until the judgment is satisfied, and that the plaintiff have execution therefore.

                                      Mary C. Loewenguth
                                      Clerk of Court
                                      United States District Court

JUDGMENT ENTERED THIS 19th DAY OF December, 2018.